07CV6958
JUDGE COAR
MAG. JUDGE VALDEZ

**FILED**

DEC 11 2007

DEC 1 1 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## APPEARANCE FORM FOR PRO SE LITIGANTS
### DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Calvin E. Benford
(Please print)

STREET ADDRESS: 126 N. Karlov

CITY/STATE/ZIP: Chicago Il 60624

PHONE NUMBER: 773-533-2694

CASE NUMBER: _____

Calvin E Benford        11/27/07
Signature          Date