# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | David H. Coar | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6461 | **DATE** | 1/9/2008 |
| **CASE TITLE** | Calvin E. Benford vs. Chicago Beverage Systems | | |

**DOCKET ENTRY TEXT**

The Plaintiff, Calvin E. Benford, is Ordered to file a supplement to his financial affidavit to include his monthly salary or wages and the names and ages of the children for whom he provides child support. Said supplemental affidavit shall be filed with the Clerk of the Court by 1/28/2007.

/s/David H. Coar
David H. Coar, U.S. District Judge

Docketing to mail notices.

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|