Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6958 | **DATE** | 3/6/2008 |
| **CASE TITLE** | Calvin E. Benford vs. Chicago Beverage Systems | | |

**DOCKET ENTRY TEXT**

After review of the Plaintiff's Supplemental Financial Affidavit, the Court will grant the IFP Application. Application to Proceed In Forma Pauperis [4] is Granted.  The following attorney is appointed to represent the Plaintiff:  John Z. Lee,  Freeborn & Peters LLP,  311 S. Wacker Drive, Suite 3000,  Chicago, IL  60606, 312 360 6000.  The Clerk's office is directed to send a copy of this order along with a copy of the complaint to Mr. Lee. Status hearing set for April 2, 2008 at 9:00 a.m. in Courtroom #1419.

/s/David H. Coar

David H. Coar, U.S. District Judge

Docketing to mail notices.

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|