**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Calvin E. Benford

                Plaintiff,

v.                                       Case No.: 1:07−cv−06958
                                            Honorable David H. Coar

Chicago Beverage Systems

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, April 2, 2008:

      MINUTE entry before Judge Honorable David H. Coar:This case came before the Court for a Status hearing on 4/2/2008 − no one appeared. The appointed attorney for the plaintiff is directed to appear on 4/8/2008 at 9:00 a.m. Status hearing continued to 4/8/2008 at 09:00 AM.Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.