# EXHIBIT A

# CHARGE OF DISCRIMINATION

The Privacy Act of 1974 affects this form: See Privacy act statement before completing this form.

06w1012.11

| AGENCY | CHARGE NUMBER |
|---|---|
| ☒ IDHR | 2006CA0856 |
| ☐ EEOC | |

**Illinois Department of Human Rights and EEOC**

| NAME (Indicate Mr. Ms. Mrs.) | HOME TELEPHONE (include area code) |
|---|---|
| Calvin B. Benford | (773) 533-2694 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| 126 N. Karlov, Apt 1 | Chicago, Illinois 60624 | 02/05/59 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)

| NAME | NUMBER OF EMPLOYEES, MEMBERS 15+ | TELEPHONE (Include area code) |
|---|---|---|
| Chicago Beverage Systems | | (773) 826-4100 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 441 N. Kilbourn | Chicago, Illinois 60624 | Cook |

| CAUSE OF DISCRIMINATION BASED ON: | DATE OF DISCRIMINATION |
|---|---|
| AGE   PERCEIVED HANDICAP | EARLIEST (ADEA/EPA)  LATEST (ALL) |
| | 10/11/05             10/11/05 |
| | ☐ CONTINUING ACTION |

THE PARTICULARS ARE (If additional space is needed attach extra sheets)

I.   A.   **ISSUE/BASIS**

DISCHARGE – OCTOBER 11, 2005, DUE TO MY AGE, 46

B.   **PRIMA FACIE ALLEGATIONS**

1. I am 46 years old.

2. My work performance as a forklift operator met Respondent's expectations. I was Hired in 1996.

3. On October 11, 2005, I was discharged by Mike Nino (50's), Plant Supervisor. The reason cited for the discharge was because I had tested positive for cocaine use.

(continued)

---

I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

SUBSCRIBED AND SWORN TO BEFORE ME ON THIS

_[signature]_   10, 12, 05

NOTARY SIGNATURE     MONTH DATE-YEAR

"OFFICIAL SEAL"
DAVID D'HANSEL
Notary Public, State of Illinois
My Commission Expires 04/09/07

NOTARY SEAL

x _Calvin Benford_   10-12-0_

SIGNATURE OF COMPLAINANT   DATE

I declare under penalty that the foregoing is true and correct I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief

FORM 5 (5/05)

Complainant: Calvin l    edfor
Charge Number: 2006CA0856
Page 2

4. I do not use drugs, but I have been taken over the counter drugs for minor pains and aches. Similarly situated, younger co-workers, have tested positive for drugs and/or alcohol, but they were not discharged, but they were allowed to enter a drug rehabilitation program for the addiction.

II. A.  ISSUE/BASIS

DISCHARGE – OCTOBER 11, 2005, DUE TO A PERCEIVED MENTAL HANDICAP, DRUG ADDICTION

B.  PRIMA FACIE ALLEGATIONS

1. I do not, nor have I been diagnosed with a mental handicap.

2. My work performance as a forklift operator met Respondent's expectation. I was hired in 1996.

3. On September 7, 2005, I asked to submit to a drug and alcohol examination. On September 11, 2005, I was discharged by Mike Nino, Plant Supervisor. The reason cited for the discharge was because I had tested positive for cocaine.

4. I do not use any illegal drugs, but I have taken over the counter drugs for usual minor pain and aches.

5. Respondent erroneously perceived me to have mental handicap of drug addiction, which consequently resulted in me being discharged.

HMS/RCG/JJT

# EXHIBIT B

EEOC Form 161 (3/98)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Mr. Calvin B. Benford<br>126 North Karlov #1<br>Chicago, IL 60624 | From: | Equal Employment Opportunity Commission<br>Chicago District Office<br>500 West Madison Street<br>Suite 2800<br>Chicago, Illinois 60661-2511 |
|---|---|---|---|

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR § 1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 21B-2006-00072 | Nola Smith, State & Local Coordinator | (312) 886-5973 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans with Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

[ ] Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

[ ] While reasonable efforts were made to locate you, we were not able to do so.

[ ] You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

[ ] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[X] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this Notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

*John P. Rowe*

**John P. Rowe, District Director**

SEP 24 2007

*(Date Mailed)*

Enclosure(s)

cc:    **Chicago Beverage Systems**

# EXHIBIT C

Case 1:07-cv-06958 Document 8 Filed 03/06/2008 Page 1 of 8

**FILED**
**MARCH 6, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT



**RECEIVED**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS  DEC 1 1 2007
EASTERN DIVISION

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

DEC 1 1 2007

Calvin E. Benford
_____
(Name of the plaintiff or plaintiffs)

v.

Chicago Beverage Systems
_____
(Name of the defendant or defendants)

CIVIL ACTION

07CV6958
JUDGE COAR
MAG. JUDGE VALDEZ

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.
2. The plaintiff is __Calvin E. Benford__ of the county of __Cook__ in the state of __Illinois__.
3. The defendant is __Chicago Beverage Systems__, whose street address is __441 N. Kilbourne__,
(city) __Chicago__ (county) __Cook__ (state) __IL__ (ZIP) __60624__
(Defendant's telephone number) __(773)-826-4100__

II The plaintiff sought employment or was employed by the defendant at (street address)
__441 N. Kilbourne__ (city) __Chicago__
(county) __Cook__ (state) __IL__ (ZIP code) _____

5. The plaintiff [*check one box*]
   (a) ☐ was denied employment by the defendant.
   (b) ☐ was hired and is still employed by the defendant.
   (c) ☒ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about, (month) October, (day) 11, (year) 05.

7.1 *(Choose paragraph 7.1 or 7.2, do not complete both.)*

    (a) The defendant is not a federal governmental agency, and the plaintiff [check one box] ☐ has [X] has filed a charge or charges against the defendant asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

    (i) ☐ the United States Equal Employment Opportunity Commission, on or about (month)_____ (day)_____ (year)_____.

    (ii) [X] the Illinois Department of Human Rights, on or about (month) October (day) 12 (year) 05.

    (b) If charges *were* filed with an agency indicated above, a copy of the charge is attached. [X] YES. ☐ NO, but plaintiff will file a copy of the charge within 14 days.

It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

7.2     The defendant is a federal governmental agency, and
(a) the plaintiff previously filed a Complaint of Employment Discrimination with the defendant asserting the acts of discrimination indicated in this court complaint.

    ☐ Yes (month)_____ (day)_____ (year)_____
    ☐ No, did not file Complaint of Employment Discrimination

2.     The plaintiff received a Final Agency Decision on (month)_____ (day)_____ (year)_____.

c.     Attached is a copy of the

    a. Complaint of Employment Discrimination,
    ☐ YES   ☐ NO, but a copy will be filed within 14 days.

    (ii) Final Agency Decision

    ☐ YES   ☐ NO, but a copy will be filed within 14 days.

8. *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

   (a)☐ the United States Equal Employment Opportunity Commission has not issued a

   *Notice of Right to Sue.*

   (b)☒ the United States Equal Employment Opportunity Commission has issued a

   *Notice of Right to Sue*, which was received by the plaintiff on (month) September (day) 24 (year) 2007 a copy of which *Notice* is attached to this complaint.

9. The defendant discriminated against the plaintiff because of the plaintiff's [*check only those that apply*]:

   (a)☐ Age (Age Discrimination Employment Act).
   (b)☐ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
   (c)☐ Disability (Americans with Disabilities Act or Rehabilitation Act)
   (d)☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
   (e)☐ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
   (f)☐ Religion (Title VII of the Civil Rights Act of 1964)
   (g)☐ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12. The defendant [*check only those that apply*]

    (a)☐ failed to hire the plaintiff.
    (b)☒ terminated the plaintiff's employment.
    (c)☐ failed to promote the plaintiff.

(d) ☐ failed to reasonably accommodate the plaintiff's religion.

(e) ☐ failed to reasonably accommodate the plaintiff's disabilities.

(f) ☒ failed to stop harassment;

(g) ☐ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

(h) ☐ other (specify): _____

_____
_____
_____
_____

13. The facts supporting the plaintiff's claim of discrimination are as follows:

I was harassed by Sid Murff and Mike Nino Sid Murff choked me infront of others We went to Mike he never did anything. I was A dependable and reliable worker my record spoke for its self

14. [*AGE DISCRIMINATION ONLY*] Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury. ☒ YES  ☐ NO

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

(a) ☐ Direct the defendant to hire the plaintiff.

(b) ☒ Direct the defendant to re-employ the plaintiff.

(c) ☐ Direct the defendant to promote the plaintiff.

(d) ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.

(e) ☐ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

(f) ☐   Direct the defendant to (specify): _____

_____

_____

_____

_____

(g) ☒   If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☐   Grant such other relief as the Court may find appropriate.

(Plaintiff's signature) *Calvin E Benford*

(Plaintiff's name) *CAlVIN E. BENFoRD*

(Plaintiff's street address) *12*
*126 N. KARLOV*
(City) *Chicago*   (State) *Il*   (ZIP) *60624*
(Plaintiff's telephone number) *(773) - 533-2694*

Date: *12-10-07*

## LOCAL RULES 5.2 — 5.4

### LR5.2.   Form of Papers Filed

(a)   PAPER AND FONT SIZE.  Each document filed shall be flat and unfolded on opaque, unglazed, white paper approximately 8 ½ x 11 inches in size. It shall be plainly written, or typed, or printed, or prepared by means of a duplicating process, without erasures or interlineations which materially deface it. It shall be bound or secured on the top edge of the document. Where the document is typed, line spacing will be at least 1½ lines. Where it is typed or printed, (1)   the size of the type in the body of the text shall be 12 points and that in footnotes, no less than 11 points, and (2)   the margins, left-hand, right-hand, top, and bottom, shall each be 1 inch.