IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CALVIN E. BENFORD, <br><br> Plaintiff, <br><br> v. <br><br> CHICAGO BEVERAGE SYSTEMS L.L.C., <br><br> Defendant. | No. 07 CV 06958 <br><br> Judge Coar <br><br> Magistrate Judge Valdez |

### DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT

Defendant Chicago Beverage Systems L.L.C. ("CBS"), by its attorneys, respectfully moves to dismiss Plaintiff's Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(5). As more fully set forth in the Memorandum of Points and Authorities filed contemporaneously herewith, Plaintiff's Amended Complaint was not properly served on CBS and should be dismissed in its entirety.

Alternatively, CBS respectfully moves to dismiss Count IV of Plaintiff's Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6). As more fully set forth in the Memorandum of Points and Authorities filed contemporaneously herewith, Count IV fails to state a claim on which relief can be granted and should be dismissed.

WHEREFORE, Defendant Chicago Beverage Systems L.L.C. respectfully requests this Court to dismiss Plaintiff's Amended Complaint or, alternatively, Count IV of Plaintiff's Amended Complaint and for such other and further relief as the Court deems just and proper in the circumstances.

- 2 -

                Respectfully submitted,

                Chicago Beverage Systems LLC


                By: s/ Timothy J. Tommaso
                         Attorney for Defendant

J. Kevin Hennessy
Timothy J. Tommaso
Vedder Price P.C.
222 North LaSalle Street
Suite 2600
Chicago, IL  60601-1003
(312) 609-7500

Dated: July 3, 2008

CHICAGO/#1808726.1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 3rd day of July, 2008, a copy of the foregoing *Defendant's Motion To Dismiss Plaintiff's Amended Complaint* was electronically filed and served through CM/ECF case filing to:

John Z. Lee
Audrey L. Brodrick
Freeborn & Peters LLP
311 South Wacker Drive, Suite 3000
Chicago, IL  60606-6677


        ___s/ Timothy J. Tommaso_____
        Attorney for Defendant