IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CALVIN E. BENFORD, | |
| Plaintiff, | |
| v. | No. 07 CV 06958 |
| CHICAGO BEVERAGE SYSTEMS L.L.C., | Judge Coar |
| Defendant. | Magistrate Judge Valdez |

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT

# EXHIBIT A (part 2)

# EXHIBIT A

Case 1:07-cv-06958    Document 19-3    Filed 07/03/2008    Page 3 of 6
Case 1:07-cv-06958    Document 14-2    Filed 06/12/2008    Page 2 of 11
Case 1:07-cv-06958    Document 8    Filed 03/06/2008    Page 7 of 8

| CHARGE OF DISCRIMINATION | AGENCY | CHARGE NUMBER |
|---|---|---|
| The Privacy Act of 1974 affects this form. See Privacy act statement before completing this form.  06w1012.11 | ☒ IDHR  ☐ EEOC | 2006CA0856 |

### Illinois Department of Human Rights and EEOC

| NAME (Indicate Mr. Ms. Mrs.)  Calvin B. Benford | HOME TELEPHONE (include area code)  (773) 533-2694 |
|---|---|

| STREET ADDRESS  126 N. Karlov , Apt 1 | CITY, STATE AND ZIP CODE  Chicago, Illinois 60624 | DATE OF BIRTH  02/05/59 |
|---|---|---|

NAMED IS THE EMPOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)

| NAME  Chicago Beverage Systems | NUMBER OF EMPLOYEES, MEMBERS 15+ | TELEPHONE (include area code)  (773) 826-4100 |
|---|---|---|

| STREET ADDRESS  441 N. Kilbourn | CITY, STATE AND ZIP CODE  Chicago, Illinois 60624 | COUNTY  Cook |
|---|---|---|

| CAUSE OF DISCRIMINATION BASED ON:  AGE   PERCEIVED HANDICAP | DATE OF DISCRIMINATION  EARLIEST (ADEA/EPA)  10/11/05      LATEST (ALL)  10/11/05  ☐ CONTINUING ACTION |
|---|---|

THE PARTICULARS ARE (If additional space is needed attach extra sheets)

I.   A.   **ISSUE/BASIS**

   **DISCHARGE – OCTOBER 11, 2005, DUE TO MY AGE, 46**

   B.   **PRIMA FACIE ALLEGATIONS**

   1.   I am 46 years old.

   2.   My work performance as a forklift operator met Respondent's expectations. I was Hired in 1996.

   3.   On October 11, 2005, I was discharged by Mike Nino (50's), Plant Supervisor. The reason cited for the discharge was because I had tested positive for cocaine use.

(continued)

| I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | SUBSCRIBED AND SWORN TO BEFORE ME ON THIS  _D.D. Hansel_  10, 12, 05  NOTARY SIGNATURE          MONTH DATE-YEAR |
|---|---|
| "OFFICIAL SEAL"  DAVID D'HANSEL  Notary Public, State of Illinois  My Commission Expires  04/09/07  **NOTARY SEAL** | x _Calvin Benford_  10-12-0  SIGNATURE OF COMPLAINANT       DATE  I declare under penalty that the foregoing is true and correct I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief |

FORM 5 (5/05)

Case 1:07-cv-06958    Document 19-3    Filed 07/03/2008    Page 4 of 6
Case 1:07-cv-06958    Document 14-2    Filed 06/12/2008    Page 3 of 11
Case 1:07-cv-06958    Document 8    Filed 03/06/2008    Page 8 of 8

Complainant: Calvin L edfor
Charge Number: 2006CA0856
Page 2

4.  I do not use drugs, but I have been taken over the counter drugs for
    minor pains and aches. Similarly situated, younger co-workers, have
    tested positive for drugs and/or alcohol, but they were not discharged, but
    they were allowed to enter a drug rehabilitation program for the
    addiction.

## II.  A.  ISSUE/BASIS

DISCHARGE – OCTOBER 11, 2005, DUE TO A PERCEIVED MENTAL
HANDICAP, DRUG ADDICTION

### B.  PRIMA FACIE ALLEGATIONS

1.  I do not, nor have I been diagnosed with a mental handicap.

2.  My work performance as a forklift operator met Respondent's expectation. I was
    hired in 1996.

3.  On September 7, 2005, I asked to submit to a drug and alcohol examination.
    On September 11, 2005, I was discharged by Mike Nino, Plant
    Supervisor. The reason cited for the discharge was because I had tested positive
    for cocaine.

4.  I do not use any illegal drugs, but I have taken over the counter drugs for
    usual minor pain and aches.

5.  Respondent erroneously perceived me to have mental handicap of drug addiction,
    which consequently resulted in me being discharged.

HMS/RCG/JJT

# EXHIBIT B

Case 1:07-cv-06958     Document 19-3     Filed 07/03/2008     Page 6 of 6
Case 1:07-cv-06958     Document 14-2     Filed 06/12/2008     Page 5 of 11
Case 1:07-cv-06958     Document 8     Filed 03/06/2008     Page 6 of 8

EEOC Form 161 (3/98)

### U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| To: Mr. Calvin B. Benford<br>126 North Karlov #1<br>Chicago, IL 60624 | From: **Equal Employment Opportunity Commission**<br>**Chicago District Office**<br>**500 West Madison Street**<br>**Suite 2800**<br>**Chicago, Illinois 60661-2511** |
|---|---|

☐ On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR § 1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 21B-2006-00072 | Nola Smith, State & Local Coordinator | (312) 886-5973 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans with Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

☐ Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

☐ While reasonable efforts were made to locate you, we were not able to do so.

☐ You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

☐ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☒ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this Notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

*John P. Rowe*

**John P. Rowe, District Director**

SEP 24 2007

(Date Mailed)

Enclosure(s)

cc:     **Chicago Beverage Systems**