IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CALVIN E. BENFORD, | |
| Plaintiff, | |
| v. | No. 07 CV 06958 |
| CHICAGO BEVERAGE SYSTEMS L.L.C., | Judge Coar |
| Defendant. | Magistrate Judge Valdez |

**NOTICE OF MOTION**

TO:   John Z. Lee
      Audrey L. Brodrick
      Freeborn & Peters LLC
      311 South Wacker Drive, Suite 3000
      Chicago, IL  60606-6677

PLEASE TAKE NOTICE that on the 16th day of July, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, counsel for Defendant shall appear before the Honorable David H. Coar, or any judge sitting in his stead, in the courtroom usually occupied by him in Room 1419, 219 S. Dearborn, Chicago, Illinois, and shall then and there present the attached Motion to Dismiss Plaintiff's Amended Complaint.

CHICAGO BEVERAGE SYSTEMS LLC

s/   Timothy J. Tommaso
Attorney for Defendant

J. Kevin Hennessy
Timothy J. Tommaso
Vedder Price P.C.
222 North LaSalle Street
Suite 2600
Chicago, IL  60601-1003
(312) 609-7500

Dated: July 3, 2008

## CERTIFICATE OF SERVICE

The undersigned certifies that on July 3, 2008, a true and correct copy of the foregoing Notice of Motion was electronically filed and served through CM/ECF case filing to:

John Z. Lee
Audrey L. Brodrick
Freeborn & Peters LLC
311 South Wacker Drive, Suite 3000
Chicago, IL  60606-6677

                                                s/ Timothy J. Tommaso
                                                Attorney for Defendant