UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Calvin E. Benford
                    Plaintiff,

v.                                              Case No.: 1:07−cv−06958
                                                Honorable David H. Coar

Chicago Beverage Systems, L.L.C.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 15, 2008:

   MINUTE entry before the Honorable David H. Coar: Set deadlines as to motion to dismiss [18] : Responses due by 8/5/2008; Replies due by 8/19/2008. MOTION by Defendant Chicago Beverage Systems, L.L.C. to dismiss plaintiff's amended complaint [18] is taken under advisement − ruling to issue by mail. Parties need not appear on the presentment date of 7/16/2008.Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.